UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARAD KC,

                    Petitioner,

      v.

PAMELA BONDI, *et al.*,

                    Respondents.

Case No. C25-2071-JLR-MLP

ORDER APPOINTING COUNSEL

This is a federal habeas action filed under 28 U.S.C. § 2241. The Federal Public Defender's Office, on behalf of Petitioner Sharad KC, has filed a proposed petition for writ of habeas corpus, an application to proceed *in forma pauperis* ("IFP"), and a motion seeking appointment of counsel in this matter.[1] (Dkt. ## 1-3.) The Court, having considered Petitioner's motion, his financial eligibility, and the balance of the record, finds and ORDERS as follows:

      (1)      The petition indicates that this case falls within the class of cases potentially governed by *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*See* dkt. ## 1, 3.) The motion to appoint counsel indicates that, because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). As required by

---

[1] Petitioner's application to proceed IFP has been granted by separate order. (Dkt. # 5.)

ORDER APPOINTING COUNSEL - 1

1 | statute, Petitioner has demonstrated, by means of his IFP application, financial eligibility for

2 | such appointment. *See id.* Accordingly, Petitioner's request for appointment of counsel (dkt. # 3)

3 | is GRANTED. The Court appoints the Federal Public Defender to represent Petitioner in these

4 | proceedings.

5 |   (2) The Clerk is directed to send copies of this order to Petitioner, to the Federal

6 | Public Defender, to counsel for Respondents, and to the Honorable James L. Robart.

7 |   Dated this 27th day of October, 2025.

8

9 | MICHELLE L. PETERSON
United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER APPOINTING COUNSEL - 2