UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARAD KC,

    Petitioner,

    v.

PAMELA BONDI, *et al.*,

    Respondents.

Case No. C25-2071-JLR-MLP

ORDER FOR SERVICE AND RETURN, § 2241

Petitioner has filed an immigration habeas petition under 28 U.S.C. § 2241 challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"). Having reviewed the petition, the Court ORDERS:

(1) If not previously accomplished, electronic posting of this Order and Petitioner's § 2241 habeas petition shall effect service upon the United States Attorney of the petition and all supporting documents. Service upon the United States Attorney is deemed to be service upon the named respondent(s).

(2) **Within three (3) days of the date this Order is posted**, Respondent(s) shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part of such return, Respondent(s) shall address and submit evidence

ORDER FOR SERVICE AND RETURN, § 2241 - 1

relevant to Petitioner's allegation that his detention is unlawful because ICE is unable to effectuate his removal in the reasonably foreseeable future. Respondent(s) shall file the return with the Clerk of the Court and shall serve a copy upon Petitioner. Petitioner may file and serve a response no later than **three (3) days** after the return is filed, and Respondents may file and serve a reply no later than **three (3) days** after the response is filed.

(3) If Petitioner's custody status changes at any point during this litigation, **Respondent(s) shall file a status update with the Court as soon as possible and no later than 14 days after the change.**

(4) The Clerk is directed to send copies of this order to Petitioner, the Federal Public Defender, to counsel for Respondents, and to the Honorable James L. Robart.

Dated this 27th day of October, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER FOR SERVICE AND RETURN, § 2241 - 2