UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARAD KC,

           Petitioner,

   v.

PAMELA BONDI, *et al.*,

           Respondents.

Case No. C25-2071-JLR-MLP

ORDER FOR STATUS REPORT

This is a 28 U.S.C. § 2241 habeas action. On October 30, 2025, Respondents filed a return in which they stated there were "no plans" to remove Petitioner while his credible fear determination process was ongoing. (Dkt. # 10 at 3.) On November 3, 2025, Petitioner filed a response in which he stated that he was granted a credible fear interview on October 31, 2025, but did not report the outcome, if any. (Dkt. # 12 at 6 n. 2.) Respondents did not file a reply. It is thus unclear whether the credible fear determination has been made and whether the government has made plans for removal. Accordingly, Respondent is ORDERED to file a status update by **November 21, 2025**, clarifying whether Petitioner's credible fear process remains ongoing, under what statutory authority Respondents are currently detaining Petitioner, and any other developments in Petitioner's case.

ORDER FOR STATUS REPORT - 1

1 | The Clerk is directed to renote Respondents' return (dkt. # 10) for **November 21, 2025**,
2 | and to send copies of this order to the parties and to the Honorable James L. Robart.
3 | Dated this 13th day of November, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge