UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHARAD K.C., <br><br> Petitioner, <br><br> v. <br><br> PAMELA BONDI, et al., <br><br> Respondents. | CASE NO. C25-2071JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Federal Respondents' status report in response to the court's order that they provide an update "clarifying whether Petitioner's credible fear process remains ongoing, under what statutory authority Respondents are currently detaining Petitioner, and any other developments in Petitioner's case." (11/21/25 Report (Dkt. # 14); 11/13/25 Order (Dkt. # 13) at 1.) The court ORDERS that Petitioner may file an

MINUTE ORDER - 1

optional response to Federal Respondents' status report by no later than **5:00 p.m. on Tuesday, November 25, 2025**.

Filed and entered this 24th day of November, 2025.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2