UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARAD K.C.,

                Petitioner,

    v.

PAMELA BONDI, et al.,

                Respondents.

CASE NO. C25-2071JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court ORDERS Respondents to file a status report by no later than **Friday, December 19, 2025**, regarding any developments that have occurred in this case since they filed their last status report on November 21, 2025.  (*See* Report (Dkt. # 14).)

//

//

//

MINUTE ORDER - 1

Filed and entered this 17th day of December, 2025.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk